**Order entered August 18, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01588-CR

**EDWARD DERELL HARMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F13-54014-I**

## ORDER

The Court **DENIES** appellant's August 14, 2014 motion for bench warrant.

We **ORDER** the Clerk of the Court to send a copy of this order to Edward Derell Harmon, TDCJ No. 1891908, Polunsky Unit, 3872 FM 350 South, Livingston, Texas, 77351.

/s/     MOLLY FRANCIS
          JUSTICE